UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENT E. HILLIARD, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TWIN FALLS COUNTY SHERIFF'S OFFICE, a Public Entity, and TWIN FALLS COUNTY, a Public Corporation,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00550-CWD<br><br>**AMENDED JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and based on the special verdict rendered by the jury in this matter on November 18, 2021 (Dkt. 142), and on the findings of fact and conclusions of law by the Court dated December 3, 2021 (Dkt. 153), AMENDED JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, BRENT E. HILLIARD, and against Defendants, TWIN FALLS COUNTY SHERIFF'S OFFICE and TWIN FALLS COUNTY, in the amount of Six Hundred and Sixty-Four Thousand and Two Hundred and Seventy-Five Dollars and Forty Cents ($664,275.40).

DATED: December 3, 2021

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge

**AMENDED JUDGMENT - 1**