Jeffrey J. Hepworth, ISB No. 3455
HEPWORTH LAW OFFICES
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRENT E. HILLIARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TWIN FALLS COUNTY SHERIFF'S OFFICE, a Public Entity, TWIN FALLS COUNTY, a Public Corporation,<br><br>Defendants. | Case No. 1:18-cv-550-CWD<br><br>**MOTION TO SET ASIDE JUDGMENT** |

COMES NOW, Plaintiff Brent Hilliard, and hereby requests to set aside Judgment entered February 27, 2023 Pursuant to Fed. R. Civ. P. 60(b)(2), (3), (6). This motion is supported by the contemporaneously filed memorandum and affidavit.

DATED this 28th day of September 2023.

HEPWORTH LAW OFFICES

/s/ Jeffrey J. Hepworth______
Jeffrey J. Hepworth
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned, a resident attorney of the State of Idaho, with offices at 2229 W. State Street, Boise, Idaho, certifies that on the 28th day of September 2023, he caused a true and correct copy of the MOTION TO SET ASIDE JUDGMENT to be forwarded with all required charges prepaid, by the method(s) indicated below, to the following:

| | | |
|---|---|---|
| PAMELA S. HOWLAND<br>Idaho State Bar No. 6177<br>JENNIFER M. WALRATH<br>Idaho State Bar No. 10893<br>IDAHO EMPLOYMENT LAWYERS, PLLC | Hand Delivered | _____ |
| 1112 W. Main Street, Suite 105 | U.S. Mail | _____ |
| Boise, ID 83702 | Fax | _____ |
| Telephone: (208) 484-8921 | Fed. Express | _____ |
| Facsimile: (208) 534-7445 | ECF/Email | __X__ |
| Email:<br>phowland@idemploymentlawyers.com<br>Email: jwalrath@idemploymentlawyers.com | | |
| *Attorneys for Twin Falls County Sheriff's Office; Twin Falls County, Defendants* | _/s/__J. Jeffrey J. Hepworth_____<br>Jeffrey J. Hepworth | |